IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01073-RPM

ELEANOR SCAFIDI,

    Plaintiff,

v.

HOME DEPOT, Store #1538,

    Defendant.

_____

ORDER DENYING MOTION TO REMAND
_____

On April 22, 2014, the plaintiff filed a Motion to Remand Case to the State Court [10], asserting that the Notice of Removal is deficient with respect to the amount in controversy. It is clear from the allegations of the complaint alleging surgery, hospitalization for six days and inpatient care facility for 41 days and allegation of permanent injury that more than $75,000.00 is being claimed. It is therefore

ORDERED that the motion to remand is denied.

DATED: May 14th, 2014

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge