IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01073-RPM

ELEANOR SCAFIDI,

    Plaintiff,

v.

HOME DEPOT, Store #1538,

    Defendant.

_____

ORDER FOR STATUS REPORT
_____

On December 2, 2014, this Court entered a minute order for parties to submit appropriate dismissal pleadings on or before December 31, 2014. Nothing further has been filed and it is therefore

ORDERED that counsel shall file a status report on or before February 13, 2015.

DATED: February 6, 2015

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge