IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01073-RPM

ELEANOR SCAFIDI,

    Plaintiff,

v.

HOME DEPOT, Store #1538,

    Defendant.

_____

ORDER FOR DISMISSAL OF ALL CLAIMS
_____

Pursuant to the Joint Stipulation of Dismissal of All Claims [19] filed February 6, 2015, it is

ORDERED that this action is dismissed with prejudice, each party to pay their own costs.

DATED: February 9th, 2015

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge